UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREEDOM MARINE SALES, LLC,

    Plaintiff,

v.                                                  Case No. 8:23-cv-660-KKM-AEP
                                                        IN ADMIRALTY

TIM TOPITZHOFER, UNKNOWN
TENANT, AND M/V Dacotah A 38'
Motoryacht Bayliner, her engines, tackle,
apparel, furniture, equipment and all other
necessaries appertaining and belonging *in rem*,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon Plaintiff's Request for Confirmation of Sale (Doc. 33) and Report of Sale by United States Marshal (Doc. 32). The record in this action indicates that no objection has been filed to the sale of M/V DACOTAH, a 38' Motoryacht Bayliner, her engines, tackle, apparel, furniture, equipment, and all other necessaries appertaining, FL Registration FL-BL2A57ELD686, (the "Vessel") conducted by the U.S. Marshal on May 29, 2024.

Therefore, in accordance with Section 5(r)(6) of the Middle District of Florida Admiralty and Maritime Practice Manual, the sale of the Vessel to Drew Chesanek shall stand confirmed as of May 29, 2024.

Accordingly, it is hereby

ORDERED:

1. Plaintiff's Request for Confirmation of Sale is **GRANTED.**

2. The Clerk is directed to enter a Confirmation of Sale.

DONE AND ORDERED in Tampa, Florida, on this 15th day of August 2024.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record